**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHESTER CHAIRES, JR.,

Plaintiff,

v. Case No. 3:26-cv-3012-WWB-SJH

SUWANNEE COUNTY SHERIFF'S OFFICE,

Defendant.

---

**ORDER**

Plaintiff Chester Chaires, Jr., an inmate of the Suwannee County Jail, initiated this action by filing a two-page handwritten letter asking for the Court's "immediate intervention." (Doc. 1 at 1). He alleges that on March 5, 2026, Suwannee County Sheriff's officers used explosives to open the door of his motel room without knocking or announcing themselves. (*Id.*). He also alleges that jail officials have denied or delayed medical care for a traumatic brain injury and, more recently, have refused to take him to a hospital despite slurred speech, paralysis in his left arm and hand, and other symptoms he attributes to a stroke. (*Id.* at 1–2).

To pursue his claims in a civil action, Plaintiff must file a proper complaint. He has not done so, nor has he provided all the information required by the court-approved civil rights complaint form. *See* M.D. Fla. R. 6.04(a) ("A pro se person in custody must use the standard form[.]"). Further, Plaintiff has neither paid the filing fee nor moved to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914(a), 1915(a)(1). Therefore, this action will be dismissed without prejudice. Plaintiff may commence a new action by using the

court-approved civil rights complaint form. If he does so, he must either pay the $405.00 filing fee or move to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.
2. The Clerk is directed to send Plaintiff a copy of the Court's standard civil rights complaint form.
3. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on November 19, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

JaxP-13

c:
Chester Chaires, Jr.